IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-174-BO
No. 5:16-CV-588-BO

JULIOUS JEROME BULLOCK,      )
                             )
        Petitioner,          )
                             )      ORDER TO LIFT
        v.                   )      STAY
                             )
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )

For good cause shown upon the motion of Respondent, the Court

orders that the stay previously entered in this matter be lifted.

This ___7___ day of April, 2017.

TERRENCE W. BOYLE
United States District Judge